IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CHARLES COLLINS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 2:18-cv-176-RWS |
| OPTIMUM OUTCOMES, INC. | : |
| Defendant. | : |

## ORDER

It appears that the parties have reached a settlement in this matter [Doc. No. 5]. The Clerk of Court is DIRECTED to administratively close this civil action. The parties have leave to reopen the case within sixty days if the settlement is not effectuated.

**SO ORDERED**, this 22nd day of October, 2018.

_Richard W. Story_
Richard W. Story
Judge, United States District Court